**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

United States of America,

      Plaintiff,

                                 Criminal No. 21-20287

v.                             Honorable Jonathan J.C. Grey

Valentina Vulaj,

      Defendant.

_____/

## <u>OPINION AND ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION (ECF No. 100)</u>

Before the Court is pro se Defendant Valentina Vulaj's motion requesting early termination of probation. (ECF No. 100.) The government filed a response in opposition (ECF No. 102), and Vulaj did not file a reply.[1] For the reasons that follow, the motion is **DENIED**.

On February 18, 2025, the Court sentenced Vulaj to twelve months and one day in prison for her conviction for money laundering conspiracy, followed by a two-year term of supervised release. (ECF No. 82.) Vulaj is therefore serving a term of supervised release, not probation. To the

---

[1] The Court finds that oral argument will not aid in its disposition of the motion; therefore, it dispenses with oral argument pursuant to Eastern District of Michigan Local Rule 7.1(f).

extent Vulaj requests early termination of her supervised release, the government is correct—she is not yet eligible for such relief.

Vulaj began her term of supervised release in January 2026. (ECF No. 100, PageID.726; ECF No. 102, PageID.728.) Under 18 U.S.C. § 3583(e)(1), the Court may only terminate her "term of supervised release and discharge" Vulaj "after the expiration of one year of supervised release." Vulaj is thus not eligible for early termination until January 2027. The motion is **DENIED**.

Furthermore, even if Vulaj were eligible, the request would be denied, as compliance on supervised release is expected and her term of supervision is relatively brief.

SO ORDERED.

<u>**s/Jonathan J.C. Grey**</u>
Hon. Jonathan J.C. Grey
Date: July 28, 2026                    United States District Judge

2

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 28, 2026.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager